# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

R.J.W.,                                              :        **SEALED CASE**
                          Petitioner        :
                                                     :
          v.                                         :
                                                     :
Department of Human Services,        :
                          Respondent  :        No. 836 C.D. 2015


# **O R D E R**


NOW, July 5, 2016, upon consideration of petitioner's application for reargument en banc, the application is denied.


_____
MARY HANNAH LEAVITT,
President Judge